IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS D. WRIGHT, #171746, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-469-MHT |
| | ) | [WO] |
| COVINGTON COUNTY CIRCUIT COURT, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The magistrate judge filed a recommendation (Doc. #27) in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that:

(1)     The recommendation (Doc. #27) of the magistrate judge is adopted.

(2)     The petition for habeas corpus relief (Doc. #1 ) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

An appropriate judgment will be entered.

DONE, this the 25th day of June, 2008.

                                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE